In the Matter of the Claim of Rose Alvarez, Appellant, against Eusa R. E. Co., Inc., Respondent. State Industrial Board, Respondent.— Motion for leave to appeal as a poor person granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of Maurice Holzman, Appellant, against Gottfried Baking Co., Inc., Employer, and Bakers Mutual Insurance Company of New York, Respondents. State Industrial Board, Respondent.— Motion to appeal on original record and exhibits denied. Motion to appeal on typewritten record and brief granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

The People of the State of New York ex rel. Albert Kruger, Appellant, v. William E. Snyder, as Acting Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Motion for leave to appeal on long hand record denied. Motion for leave to appeal on typewritten record and brief granted. Hill, P. J., Bliss, Heffernan and Foster, JJ., concur; Crapser, J., dissents.

In the Matter of the Claim of Howard Payne, Respondent, against Clemente Stone & Foundation Corp., Appellant. Wood & Hagan, Inc. and American Employers Insurance Co., Respondents. State Industrial Board, Respondent.— Motion to reinstate appeal. Motion granted and appeal reinstated. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of Evelyn Moore, Respondent, against Federal-American Cement & Tile Co. and American Mutual Liability Insurance Co., Appellants. State Industrial Board, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of Walter Patrick, Respondent, against Sol Shapiro, Inc., and The Ætna Life Insurance Company, Appellants. State Industrial Board, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.